THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CARLOS KING, a/k/a CHARLES JACOBS, Defendant-Appellant.

(No. 73-257; )

Second District (2nd Division)—July 2, 1975.

Opinion by Mr. JUSTICE DIXON.

Ralph Ruebner, of State Appellate Defender's Office, of Elgin, for appellant.

Philip G. Reinhard, State's Attorney, of Rockford (James W. Jerz, Edward N. Morris, and Robert L. Berkover, all of Illinois State's Attorneys Association, of counsel), for the People.